No. 1080. BENRUS WATCH CO., INC., ET AL. *v.* FEDERAL TRADE COMMISSION; and

No. 1081. SEIGMEISTER *v.* FEDERAL TRADE COMMISSION. C. A. 8th Cir. Certiorari denied. *Harry I. Rand* for petitioners in No. 1080. *Harold W. Wolfram* for petitioner in No. 1081. *Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Milton J. Grossman, James McI. Henderson, Miles J. Brown* and *John Gordon Underwood* for respondent in both cases. Reported below: 352 F. 2d 313.

No. 984. STARK ET AL., CO-EXECUTORS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Harry S. Stark pro se* and for other petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Robert N. Anderson* for the United States.

No. 1032. HAMILTON NATIONAL BANK OF KNOXVILLE, EXECUTOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *H. H. McCampbell, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Robert N. Anderson* and *Benjamin M. Parker* for the United States.

No. 1057. EL MUNDO, INC. *v.* PUERTO RICO LABOR RELATIONS BOARD. Sup. Ct. P. R. Certiorari denied. *Juan R. Torruella Del Valle* and *Stuart Rothman* for petitioner. *J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, for respondent.

No. 1151. FABERT MOTORS, INC. *v.* FORD MOTOR CO. C. A. 7th Cir. Certiorari denied. *Arthur L. Price, Jr.,* for petitioner. *W. Donald McSweeney* for respondent.